CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Amoode
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JULY 2016 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:16-CR-000 38 |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| CHRISTOPHER ALLEN HAYTH | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 26, U.S.C. § 5861(d) |
| | ) | Title 26, U.S.C. § 5861(f) |
| | ) | Title 26, U.S.C. § 5861(h) |

## COUNT ONE

The Grand Jury charges:

1. That on or about June 23, 2016, in the Western Judicial District of Virginia, the defendant, CHRISTOPHER ALLEN HAYTH, having previously been convicted of a crime punishable by more than one year of imprisonment, did knowingly possess a firearm, to wit: a Glock 9mm pistol, which had previously been shipped or transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges:

1. That on or about June 23, 2016, in the Western Judicial District of Virginia, the defendant, CHRISTOPHER ALLEN HAYTH, did knowingly possess a destructive device, as that term is defined in Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

2. All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT THREE

The Grand Jury further charges:

1. That on or about June 23, 2016, in the Western Judicial District of Virginia, the defendant, CHRISTOPHER ALLEN HAYTH, did knowingly make a destructive device, as that term is defined in Title 26, United States Code, Section 5845(f), without having received an approved application from the Secretary of the Treasury to make said destructive device, as required by Title 26, United States Code, Section 5822.

2. All in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

## COUNT FOUR

The Grand Jury further charges:

1. That on or about June 23, 2016, in the Western Judicial District of Virginia, the defendant, CHRISTOPHER ALLEN HAYTH, did knowingly possess a firearm, to wit, a Glock 9 mm pistol, which had the serial number and other identification required by Chapter 53 of Title 26, obliterated and removed.

2. All in violation of Title 26, United States Code, Sections 5842, 5861(h) and 5871.

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, Defendant, CHRISTOPHER ALLEN HAYTH, shall forfeit to the United States:

   (a) any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and

   (b) any firearms involved in the commission of said offenses, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

without regard to the type of interest held, wherever located and in whatever name held.

2. The property to be forfeited to the United States includes but is not limited to the following property:

   **(a) Firearms and Ammunition**

   1) Glock, Model 17, 9mm semi-automatic pistol, with obliterated serial number, further identifiable by blue band affixed to handle bearing "Superman" insignia
   2) Master Piece Arms Mac-10, .45 caliber semi-automatic pistol, S/N A1408
   3) Assorted rounds of ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with a third person;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property and including but not limited the property described above in paragraph 2.

A TRUE BILL this 21st day of July, 2016.

/s/ *Grand Jury Foreperson*
FOREPERSON

JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

3